ACCEPTED
04-15-00286-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/16/2015 3:01:47 PM
KEITH HOTTLE
CLERK



### JACKSON WALKER L.L.P.

**125 YEARS**

ATTORNEYS & COUNSELORS

Matthew E. Vandenberg
(210) 228-2463(Direct Dial)
(210) 242-4671 (Direct Fax)
mvandenberg@jw.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/16/2015 3:01:47 PM
KEITH E. HOTTLE
Clerk

July 16, 2015

Via Electronic Filing
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re: Notice of Withdrawal of Request for Oral Argument, No. 04-15-00286-CV, *City of San Antonio acting by and through City Public Service Board ("CPS Energy") v. Tommy Harral Construction, Inc.*

Dear Honorable Justices of the Court:

On June 29, 2015, Appellant City of San Antonio, acting by and through City Public Service Board ("CPS Energy"), filed its brief in the above-referenced matter. In that brief, CPS Energy requested that the Court permit oral argument. However, in the interest of expediency in this accelerated appeal, CPS Energy now rescinds its request for oral argument and instead requests that the cause be set for submission on briefs.

For the same reason, CPS Energy also hereby informs the Court that all necessary arguments and authorities were presented in its Appellant's Brief, and, accordingly, CPS Energy will not file a reply brief in this cause. Consequently, CPS Energy requests that the cause be set for submission at the earliest possibility.

Sincerely,

Matthew E. Vandenberg

MEV:cle

cc: Chad Williams    via the electronic filing manager

14064280v.1 103119/01974

112 E. Pecan Street, Suite 2400 • San Antonio, Texas 78205 • (210) 978-7700 • fax (210) 978-7790

www.jw.com • Austin • Dallas • Fort Worth • Houston • San Angelo • San Antonio • Member of GLOBALAW℠